QUIN DENVIR, Bar #49374
Federal Defender
TIM SCHARDL, FL Bar #0073016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

Attorney for Petitioner
JERRY GRANT FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>        Respondent. | NO. CIV S-99-0628 LKK-KJM<br><br>**DEATH PENALTY CASE**<br><br>**ORDER CONTINUING DATE FOR ARGUMENT ON PETITIONER'S EVIDENTIARY HEARING MOTION** |

      Petitioner has requested a continuance of the August 30, 2005, date for the court to hear argument on the evidentiary hearing motion. Upon due consideration, and GOOD CAUSE appearing, Petitioner's August 4, 2005 request is GRANTED. Argument on the motion is continued to September 26, 2005, at 10:00 a.m. before the undersigned.

      IT IS SO ORDERED.

DATED: August 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE