QUIN DENVIR, Bar #49374
Federal Defender
TIM SCHARDL, FL Bar #0073016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

Attorney for Petitioner
JERRY GRANT FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE,<br><br>        Petitioner,<br><br>  v.<br><br>WARDEN, San Quentin State Prison,<br><br>        Respondent. | NO. CIV S-99-0628 LKK-KJM<br><br>**DEATH PENALTY CASE**<br><br>**ORDER CONTINUING DATE FOR ARGUMENT ON PETITIONER'S EVIDENTIARY HEARING MOTION** |

Petitioner has requested a continuance of the September 26, 2005, date for the court to hear argument on the evidentiary hearing motion. Respondent does not oppose the continuance. Upon due consideration, and GOOD CAUSE appearing, Petitioner's request is GRANTED. Argument on the motion is continued to October 11, 2005, at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE