IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,                 No. CIV S-99-0628 LKK KJM

    vs.                             DEATH PENALTY CASE

STEVEN W. ORNOSKI,
Acting Warden of San Quentin
State Prison,

    Respondent.              <u>ORDER</u>

_____/

        To resolve petitioner's Motion for Evidentiary Hearing, the undersigned requires supplemental briefing. As provided by the habeas statute, this court "shall not hold an evidentiary hearing," except in specific circumstances, where petitioner "has failed to develop the factual basis of a claim in State court proceedings." 28 U.S.C. § 2254(e)(2). Petitioner states generally in his opening brief that he did not fail to develop the factual bases of the claims at issue in his motion for an evidentiary hearing. In his opposition brief, respondent addresses the "failure to develop" issue with respect to only one or two claims.

        Because this court must determine whether or not petitioner has "failed to develop the factual basis" of each claim in state court, the parties shall submit the following supplemental briefing:

1

1. Within twenty days of the filed date of this order, respondent shall file a supplemental brief addressing whether or not petitioner failed to develop the factual basis of each claim upon which petitioner seeks an evidentiary hearing.

2. Within twenty days of the filing of respondent's supplemental brief, petitioner shall file a responsive supplemental brief.

DATED:  March 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

fryeevihrgsupp.or