IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,   No. CIV S-99-0628 LKK KJM

    vs.   DEATH PENALTY CASE

STEVEN W. ORNOSKI,
Acting Warden of San Quentin
State Prison,

    Respondent.   ORDER

_____/

        In a March 14, 2006 order, the undersigned requested additional briefing on the "failed to develop" standard of 28 U.S.C. § 2254(e)(2). Additional briefing is necessary for two reasons. First, this court is required to determine whether or not petitioner "failed to develop the factual basis of a claim in State court proceedings" before considering whether or not to order an evidentiary hearing. 28 U.S.C. § 2254(e)(2). Second, the parties' briefs on the issue were not sufficient to make that determination as to each claim upon which petitioner seeks an evidentiary hearing.

        Both parties have responded to the March 14 order. Respondent simply seeks an extension of time to submit the supplemental brief. Petitioner, on the other hand, objects to the order in full. Petitioner argues supplemental briefing is inappropriate because, among other

1  things, it delays the case, puts respondent in a better litigation position, violates the "spirit of
2  Local Rule 78-230(c)," and overlooks petitioner's prior briefing of the issue.

3        This is not the first time parties have been given an opportunity to address an
4  issue more than once.  For example, this court gave petitioner numerous opportunities to
5  convince it that discovery was necessary on claim 37.  See Mar. 22, 2004 Order.  Further, the
6  parties have a right to be heard on important issues in this proceeding, particularly when those
7  issues are subject to recent changes in decisional law.  With respect to petitioner's motion to
8  amend the petition, the district judge noted that it may be unfair to rule against a party on an issue
9  that was not fully briefed because the party did not have notice the issue would be scrutinized by
10  the court.  See Nov. 8, 2002 Order.

11        This court has the authority, and sometimes the responsibility, to allow the parties
12  to brief completely issues before it.  Petitioner's March 28, 2006 Objections to Order filed March
13  14, 2006 are not well taken.

14        Accordingly, IT IS HEREBY ORDERED as follows:

15        1.  Good cause appearing, respondent's March 24, 2006 request for an extension
16  of time to file the supplemental brief ordered on March 14, 2006 is granted.  By April 24, 2006,
17  respondent shall file a supplemental brief addressing whether petitioner failed to develop the
18  factual basis of each claim upon which petitioner seeks an evidentiary hearing.

19        2.  Petitioner's March 28, 2006 request to vacate or modify the March 14, 2006
20  order is denied.

21  DATED:  April 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

frye.evisuppbrf.or