DANIEL J. BRODERICK, SB #89424
Acting Federal Defender
TIM SCHARDL, FL Bar #0073016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

Attorney for Petitioner
JERRY GRANT FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | NO. CIV S-99-0628 LKK KJM |
| Petitioner, | |
| v. | **DEATH PENALTY CASE** |
| WARDEN, California State Prison at San Quentin, | **ORDER & STIPULATION TO MODIFICATION OF PROTECTIVE ORDER** |
| Respondent. | |

On April 19, 2004, this Court entered a protective order (Doc. 156) limiting the use and dissemination of information produced to Petitioner pursuant to the discovery order (Doc. 151) filed March 22, 2004. On April 27, 2005, the United States District Court for the District of Northern California entered a similar protective order in *Ashmus v. Brown*, C 93 594 TEH (Doc. 332).

The present form of the protective orders in *Frye* and *Ashmus* have the effect of preventing information produced to the petitioner in one case from being made available to counsel or used in the other case. This restriction results in diseconomies burdensome to all parties in both cases because the petitioner in *Frye* has been granted the right to request production of some of the same probation reports that have been produced to the petitioner in *Ashmus* or that may be so produced in the future.

In order to avoid duplication of efforts, the parties agree and hereby stipulate to the modification of the protective orders in *Frye* and *Ashmus* so that probation reports that have been or will be produced to the petitioner in *Ashmus* and the information they contain may be used in the study and litigation contemplated by the discovery order in *Frye* and *vice versa*.  The parties agree that they will be bound by the *Ashmus* order and no further third-party notification is necessary as to those documents produced and/or exchanged pursuant to this Stipulation.

In order to ensure the continuing confidentiality of information covered by the protective orders, the petitioners' counsel shall prepare a numeric key as specified on page 2, lines 19 through 27 of the *Ashmus* protective order, and paragraph 6 of the *Frye* protective order.  The parties agree and hereby stipulate that a single numeric key will be prepared for identifying all the cases referenced in the public file of either case, and that the single numeric key will be common to both cases.

The parties in this case understand that an identical stipulation is being filed in *Ashmus*.

Dated:  April 10, 2006.

Respectfully submitted,

| | |
|---|---|
| DANIEL J. BRODERICK<br>Acting Federal Defender | BILL LOCKYER<br>Attorney General of the State of California |
| /s/ Tim Schardl<br>TIM SCHARDL<br>Assistant Federal Defender | /s/Wanda Hill Rouzan (as authorized on 3/22/06)<br>WANDA HILL ROUZAN<br>Supervising Deputy Attorney General |
| Attorneys for Petitioner<br>JERRY GRANT FRYE | Attorneys for Respondent<br>STATE OF CALIFORNIA |

MARK H. HARRIS State Bar #133578
Law Offices of Mark H. Harris
2207 J Street
Sacramento, California 95816
916-442-6155
916-442-5921 (fax)

 /s/ Mark H. Harris (signature inserted 3/22/06) 
MARK H. HARRIS

Attorney for California Department of Corrections

/////

/////

/////

1 **IT IS SO ORDERED**.

2 DATED: April 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE