DANIEL J. BRODERICK, SB #89424
Acting Federal Defender
TIM SCHARDL, FL Bar #0073016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
E-mail: Tim_Schardl@fd.org

Attorney for Petitioner
JERRY GRANT FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | NO. CIV S-99-0628 LKK-KJM |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| WARDEN, San Quentin State Prison, | **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO REPLY TO THE STATE'S SUPPLEMENTAL BRIEF** |
| Respondent. | |

Petitioner has requested a 30-day extension of time for filing his reply to the State's supplemental brief in opposition to an evidentiary hearing. Upon due consideration, and GOOD CAUSE appearing, Petitioner's request is GRANTED. Petitioner's reply brief shall be filed on or before June 10, 2006.

IT IS SO ORDERED.

DATED: May 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE