DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, FL Bar #0073016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
E-mail:  Tim_Schardl@fd.org

Attorney for Petitioner
JERRY GRANT FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | NO. CIV S-99-0628 LKK-KJM |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| WARDEN, San Quentin State Prison, | **ORDER GRANTING THE PARTIES' JOINT REQUEST FOR AN EXTENSION OF TIME TO SEEK RECONSIDERATION OF ORDER ON EVIDENTIARY HEARING** |
| Respondent. | |

On December 1, 2006, this Court entered an order granting in part and denying in part Petitioner's motion for evidentiary hearing. Doc. 214. Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, and Local Rule 72-303(b), requests for reconsideration of the order were to be filed by December 15, 2006. The parties jointly filed a request to extend by four weeks the time for filing any requests for reconsideration. Upon due consideration, and GOOD CAUSE appearing, it is hereby ordered as follows:

   1.   The December 15, 2006 Joint Request for Extension is GRANTED. Any requests for reconsideration of the December 1, 2006 order shall be filed on or before January 12, 2007.

/////

/////

/////

/////

2. In light of the above, the status conference set for December 19, 2006 is vacated. The status conference will be rescheduled after any motions for reconsideration are resolved.

IT IS SO ORDERED.

DATED: December 18, 2006.

_____
U.S. MAGISTRATE JUDGE