IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY GRANT FRYE,** | CIV S-99-0628 LKK KJM |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT L. AYERS, WARDEN OF SAN QUENTIN STATE PRISON,** | |
| Respondent. | |

This Court hereby grants Respondent's request for an extension of time until February 1, 2007, in which to file the response to Petitioner's motion for reconsideration.

Dated: January 17, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order