DANIEL J. BRODERICK, SB #89424  
Federal Defender  
TIVON SCHARDL, Fla. Bar #73016  
Assistant Federal Defender  
801 I Street, 3rd Floor  
Sacramento, California 95814  
(telephone)   916-498-6666  
(facsimile)    916-498-6656  
E-mail: Tim_Schardl@fd.org  

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE,<br><br>    Petitioner,<br><br>    vs.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | NO. CIV S-99-0628 LKK-KJM<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO STATE'S REQUEST FOR RECONSIDERATION (DOC. 217)** |

Petitioner has requested the Court extend to February 1, 2007, the time for responding to the State's request for reconsideration filed January 11, 2007. The State does not oppose Petitioner's request. GOOD CAUSE appearing, Petitioner's request is GRANTED.

Dated: January 19, 2007

_____  
LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT

[Proposed] Order                                                                 *Frye v. Warden*, CIV S-99-0628 LKK-KJM