IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

JOHN STOKES,
Acting Warden of San Quentin State Prison,

    Respondent.

_____/

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

In light of the denial of the parties' motions for reconsideration of this court's December 1, 2006 order, the undersigned will hold a status conference on January 9, 2008 at 10:00 a.m. to discuss procedures and a schedule for preparing for and conducting an evidentiary hearing.

DATED: December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

1