IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,       No. CIV S-99-0628 LKK KJM

    vs.       DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.       ORDER

_____/

    On January 9, 2008, the undersigned held a hearing on petitioner's motion to compel and a status conference regarding preparation for the evidentiary hearing. Tivon Schardl and Jennifer Corey appeared for petitioner. Wanda Hill Rouzan appeared for respondent. Mark H. Harris appeared for the California Department of Corrections and Rehabilitation ("CDCR"). Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1. Based on Mr. Harris's representations that CDCR will continue to produce the probation reports requested by petitioner's counsel and will not withhold reports due to confusion regarding case numbers or the lack of an address for a Notice to Consumer, the court

1 need not address petitioner's arguments regarding CDCR's prior objections to the discovery.
2 Petitioner's November 26, 2007 motion to compel is granted to the extent it requests a deadline
3 for discovery. The CDCR is directed to comply with all discovery permitted by the court's
4 March 22 and July 27, 2004 orders by July 31, 2008.

5   2. As soon as this discovery is completed, whether on or prior to July 31, the
6 parties shall file a joint notice of completion. That notice shall include petitioner's estimate of
7 the time necessary for completion of expert reports regarding claim 37.

8   3. By January 31, 2008, the parties shall file a joint proposal for a pre-evidentiary
9 hearing schedule and a proposed date for the evidentiary hearing described in this court's
10 December 1, 2006 order. This joint filing shall include a concise discussion of any disputes
11 regarding the pre-evidentiary hearing procedures or schedule.

12 DATED: January 9, 2008.

_____
U.S. MAGISTRATE JUDGE

26 frye pre evi.or1