IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

Good cause appearing, and without opposition from petitioner, respondent's January 25, 2008 request for an extension of time to file the joint proposal for a pre-evidentiary hearing schedule is granted. The joint proposal shall be filed by February 11, 2008.

DATED: February 4, 2008.

_____
U.S. MAGISTRATE JUDGE

frye evi sched.eot