IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,               No. CIV S-99-0628 LKK KJM

    vs.                              DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.             ORDER

_____/

        The parties submitted a joint statement regarding pre-evidentiary hearing procedures. Upon review of the statement, which reflects numerous and substantial disagreements between the parties, and in consideration of the court's calendar, the evidentiary hearing will be scheduled to begin August 11, 2008 at 9:00 a.m. in courtroom # 26.

        The undersigned will hold a status conference on March 5, 2008 at 10:00 a.m. in courtroom #26 to discuss the parties' disagreements reflected in the February 11 Joint Statement and the establishment of a time line for completion of pre-evidentiary hearing matters.

DATED: February 25, 2008.

_____
U.S. MAGISTRATE JUDGE

1