DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, FL Bar #0073016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
E-mail:  Tim_Schardl@fd.org

Attorney for Petitioner
JERRY GRANT FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | NO. CIV S-99-0628 LKK-KJM |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| WARDEN, San Quentin State Prison, | **ORDER** |
| Respondent. | |

On March 13, 2008, this Court ordered counsel for both parties to submit a joint proposed protective order or separate proposed protective orders regarding discovery of trial counsel's files by March 27, 2008.   Petitioner has requested a one-day extension of time.  Petitioner states that counsel for Respondent does not oppose this request.

Upon due consideration, and GOOD CAUSE appearing, the request is GRANTED.  Any proposed protective order shall be filed on or before March 28, 2008.

IT IS SO ORDERED.

DATED: April 1, 2008.
  *nunc pro tunc*
    to March 27, 2008.

_____
U.S. MAGISTRATE JUDGE