IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

_____/

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

In light of the protective order regarding respondent's discovery of trial counsel's files having now been issued, petitioner shall make his trial counsel's files available to respondent by April 9, 2008. See Apr. 2, 2008 Order at 6.

DATED: April 7, 2008.

_____
U.S. MAGISTRATE JUDGE

frye tr csl disc.or

1