IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

        Petitioner,               No. CIV S-99-0628 LKK KJM

    vs.                      DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
 Warden of San Quentin
 State Prison,

        Respondent.         <u>ORDER</u>

_____/

         Good cause appearing, respondent's April 18 request for a two-day extension of time to file a response to petitioner's April 16 request for reconsideration by the district judge is granted.  Respondent's response is due April 25, 2008.

DATED:  April 21, 2008.

_____
U.S. MAGISTRATE JUDGE

frye.

1