IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

_____/

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

On or before May 9, 2008, the parties shall each file a brief statement, no longer than two pages, regarding the status of the proceedings set out in the April 2, 2008 scheduling order and whether they believe proceedings are on track for the evidentiary hearing to begin as scheduled on August 11, 2008.

DATED: May 6, 2008.

_____
U.S. MAGISTRATE JUDGE

frye sch update.or

1