IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,                    No. CIV S-99-0628 LKK KJM

    vs.                           DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
  Warden of San Quentin
  State Prison,

    Respondent.                ORDER

_____/

       Petitioner applies for reconsideration of this court's May 6, 2008 order.  The court recognizes that its modification of the protective order, along the lines of petitioner's apparent request in his May 1 reply brief, did not address the request petitioner made in his original April 16 request for reconsideration.  The type of language petitioner seeks was not included in the protective order issued in the <u>Osband</u> case, upon which petitioner relies.  Application of the protective order to experts is not a simple matter.  Petitioner notes that protections for testifying experts would be limited to matters "that were not part of their testimony."  Pet'r's Apr. 16, 2008 Req. for Recon. at 16-17.  In his request for reconsideration, petitioner did not propose language for whatever modification he requests.  Moreover, it is not apparent that respondent has no objection to the modification petitioner seeks.

1

1        To the extent petitioner's May 9, 2008 application for reconsideration is directed
2   to this court, that application is denied.
3   DATED: May 19, 2008.

_____
U.S. MAGISTRATE JUDGE

frye recon.or2

2