```
 1  DANIEL J. BRODERICK, SB #89424
    Federal Defender
 2  TIVON SCHARDL, Fla. Bar #73016
    Assistant Federal Defender
 3  JENNIFER COREY, SB #215737
    Assistant Federal Defender
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  (telephone)    916-498-6666
    (facsimile)    916-498-6656
 6  E-mail: Tim_Schardl@fd.org

 7  Attorneys for Petitioner
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | NO.  CIV S-99-0628 LKK-KJM |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | |
| WARDEN, San Quentin State Prison, | **PETITIONER'S REQUEST FOR EXTENSION OF TIME** |
| Respondent. | |

Petitioner, JERRY FRYE, by and through his undersigned counsel, Assistant Federal Defenders Tivon Schardl and Jennifer M. Corey, respectfully request that this Court extend by ten days the time for filing Petitioner's reply to Respondent's May 22 filing regarding Petitioner's request to expand the record (Doc. 287), and Petitioner's reply to Respondent's filing regarding Professor Laurie Levenson's proposed testimony (Doc. 280), from June 9, 2008, to and including June 19, 2008. According to this Court's May 30, 2008, order (Doc. 290), both replies are due on June 9, 2008.

The reason for Petitioner's request is counsel's unavailability. Mr. Schardl is out of town this week, and will not be in the office until Friday, June 6.

1      Ms. Corey has a major filing due in *Holt v. Ayers*, No. CIV F-97-6210 AWI, on Thursday,
2  June 5.  She already has obtained one extension of time in *Holt* for that filing, which was originally
3  scheduled to be filed on May 15, the same day the parties had multiple filings due in the instant case.
4      Undersigned counsel contacted opposing counsel this day to ask if they would be willing to
5  stipulate to the requested extension of time.  Deputy Attorney General Maggy Krell responded that counsel
6  for Respondent were not comfortable stipulating to Petitioner's request, but they did not plan to file a
7  written objection if Petitioner asked the Court for an extension.
8      WHEREFORE, for the grounds and reasons stated herein, Petitioner respectfully requests
9  that this Court extend by ten days the time for filing Petitioner's reply to Respondent's May 22 filing
10  regarding Petitioner's request to expand the record (Doc. 287), and Petitioner's reply to Respondent's
11  filing regarding Professor Laurie Levenson's proposed testimony (Doc. 280), from June 9, 2008, to and
12  including June 19, 2008.
13  Dated:  June 2, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                            By:    /s/  Jennifer M. Corey
                                    JENNIFER M. COREY
                                    Assistant Federal Defender

                                    Attorneys for Petitioner
                                    JERRY GRANT FRYE

Request for Extension of Time
and Order                                    -2-              *Frye v. Warden*, CIV S-99-0628 LKK-KJM

**ORDER**

Good cause appearing, the order entered on May 30, 2008 (Doc. 290), is hereby modified so that Petitioner may file a reply to Respondent's May 22 filing regarding Petitioner's request to expand the record (Doc. 287), and a reply to Respondent's filing regarding Professor Laurie Levenson's proposed testimony (Doc. 280), on or before June 19, 2008.

IT IS SO ORDERED.

DATED: June 3, 2008.

_____
U.S. MAGISTRATE JUDGE