1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY GRANT FRYE,

11          Petitioner,                    No. CIV S-99-0628 LKK KJM

12      vs.                                DEATH PENALTY CASE

13   ROBERT L. AYERS, Jr.,
       Warden of San Quentin
14     State Prison,

15          Respondent.                    ORDER

16   _____/

17          An outstanding pre-evidentiary hearing issue in this case is the procedure for

18   sealing any portions of evidentiary hearing testimony and exhibits that reveal attorney-client

19   privileged information or attorney work product that have survived petitioner's waiver.  This

20   court grappled with that issue in an order issued recently in Osband v.Ayers, CIV S 97-152 WBS

21   KJM.  A copy of this order, filed June 13, 2008, is attached.

22          Within five days of the filed date of this order, the parties shall inform the court

23   whether they wish to submit briefing to this court on the issue, or whether they wish to proceed

24   with the order in Osband as this court's holding in the present case.  If a party chooses the former

25   course, he shall consider the Osband order a tentative ruling.  If a party chooses the latter course,

26   he shall inform the court whether he intends to seek reconsideration by the district court in this

1

1   case of that order.  If he does not intend to seek reconsideration, the party shall propose

2   procedures for implementing the Osband order prior to and/or during the upcoming evidentiary

3   hearing in this case.

4              After receiving the statements directed above, the court will let the parties know

5   whether it will hold a status conference regarding the timing of this and remaining pre-

6   evidentiary hearing matters and whether the August 11 evidentiary hearing date remains realistic.

7   DATED:  June 13, 2008.

8

9   _____

10  U.S. MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  frye evi seal.or1