IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,　　　　　　　　No. CIV S-99-0628 LKK KJM

    vs.　　　　　　　　　　　　　　DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
  Warden of San Quentin
  State Prison,

    Respondent.　　　　　　　　ORDER
_____/

        The undersigned held a status conference on July 2, 2008. Tivon Schardl and Jennifer Corey appeared for petitioner. Wanda Hill Rouzan and Maggy Krell appeared for respondent. The parties and court discussed pre-evidentiary hearing issues and schedules in light of the unresolved questions regarding whether and what portions of the hearing in this case should be sealed, as well as new information limiting the availability of one of petitioner's attorneys during the time leading up to and set aside for the hearing previously scheduled to begin August 11, 2008.

        Having considered the positions of the parties, taking into account discussion with counsel, and good cause appearing, the court finds that modification to the evidentiary hearing schedule is justified by both petitioner's showing of extraordinary circumstances and the need for

1

ultimate resolution of the sealing issue by the district judge.  Accordingly, the schedule is modified as follows:

      a. <u>Sealing Order</u>.  The court's order issued on June 13, 2008 in <u>Osband v. Ayers</u>, CIV-S-97-152 WBS KJM (docket no. 513; pages 3-22) is deemed a tentative ruling in this case.

         1.  The Clerk of the Court is directed to file a copy of the <u>Osband</u> order referenced above in this case, and docket the order as "TENTATIVE RULING ON THE STANDARD FOR SEALING ANY PORTION OF THE EVIDENTIARY HEARING."

         2.  Petitioner shall file his opening brief responding to the tentative ruling by July 21, 2008.

         3.  Respondent shall file his response to petitioner's opening brief by August 5, 2008.

         4.  Petitioner may file a reply by August 12, 2008.

Following receipt of the parties' filings, the court will determine whether oral argument is required and if so will set the matter for hearing.

      b. <u>Hearing Schedule</u>

         1.  <u>Claims 42 and 44</u>

            a.  By July 31, 2008, the parties shall exchange all exhibits, which must be pre-marked as described in the April 2, 2008 order, related to Claims 42 (Juror Fairfield) and 44 (shackling).

            b.  No later than July 31, 2008, the parties shall make the appropriate filings for any necessary writs of habeas corpus ad testificandum.

            c.  Prior to August 11, 2008, the parties shall meet and confer regarding possible stipulations to Rule 7 documents, to methods for taking testimony, or to witness testimony with respect to Claims 42 and 44.  By August 11, 2008, the parties shall file a joint statement regarding any stipulations, disagreements, or motions in limine with respect to Claims 42 and 44.

    d.  Beginning on August 19, 2008 at 10:00 a.m. in courtroom #26, or as soon thereafter as the court is available, the undersigned will hold the evidentiary hearing described in the court's December 1, 2006 order with respect to Claims 42 and 44.

    2.  <u>Claims 2, 3, 7, 25, 28, and 29</u>

    a.  The deposition of the State's expert shall be taken by August 8, 2008.

    b.  By August 29, 2008, the parties shall take the depositions of witnesses in Indiana (related to Claims 28 and 29 alleging ineffective assistance of counsel).

    c.  By October 8, 2008, the parties shall exchange all exhibits, which must be pre-marked as described above, related to Claims 2, 3, 7, 28, 29 (ineffective assistance of counsel) and 25 (interference with right to counsel).

    d.   Prior to October 22, 2008, the parties shall meet and confer regarding possible stipulations to Rule 7 documents, to methods for taking testimony, or to witness testimony with respect to Claims 2, 3, 7, 25, 28 and 29.  By October 22, 2008, the parties shall file a joint statement regarding any stipulations, disagreements, or motions in limine with respect to Claims 2, 3, 7, 25, 28 and 29.

    e.  No later than October 15, 2008, the parties shall make the appropriate filings for any necessary writs of habeas corpus ad testificandum.

    f.  On October 27, 2008 at 10:00 a.m. in courtroom #26, the undersigned will hold a pre-evidentiary hearing conference to discuss outstanding matters.

    g.  On November 3, 2008 at 10:00 a.m. in courtroom #26, the undersigned will hold the evidentiary hearing described in the court's December 1, 2006 order with respect to Claims 2, 3, 7, 25, 28 and 29.  The hearing shall continue from day to day as needed on the following days: November 3- 4, 10, 12-13, 17-21, 24-26, and December 1-5, with the understanding that petitioner's trial counsel shall be available to testify during this block of time and particularly during the week of November 17-21.  Petitioner's proposal to present trial

1 counsel's testimony by videotaped deposition is submitted and will be resolved by the court
2 closer in time to the date by which counsel will testify.
3       3. The parties shall notify the court of any objections to the foregoing
4 dates not specifically discussed at the status conference on July 2, within five days of the filed
5 date of this order.
6 DATED: July 8, 2008.

_____
U.S. MAGISTRATE JUDGE

13 frye pre evi or.7.7.08