IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

/

On July 17, 2008 respondent filed a "Notice Re: Scheduling of Out of State Depositions [FRCP 30] and Transmittal of any Outstanding Discovery." Therein, respondent requests petitioner provide discovery of interview tapes or notes regarding the witnesses to be deposed in Indiana. All discovery, including any motions to compel, were to be completed by June 30. See Apr. 2, 2008 Order at 7. Because respondent has made neither a request for relief from the discovery deadline, nor a proper request for discovery under Rule 6, Rules Governing § 2254 Cases, or brought a motion to compel, respondent's July 17 request for discovery is disregarded.

DATED: August 5, 2008.

_____
U.S. MAGISTRATE JUDGE