IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.
_____/

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

Petitioner filed motions in limine regarding the evidentiary hearing on claims 42 and 44 set to start on August 19, 2008. He also moves for limitations on the deposition testimony of Indiana police officer Eric Bryson. Finally, he moves for limitations on the testimony of respondent's witness Jo Graves regarding the ineffective assistance of counsel claims. As petitioner suggests, the court will hear argument on all but the motion regarding Officer Bryson on August 19 at 10:00. The parties may argue the motion regarding Officer Bryson after the evidence has been taken on claims 42 and 44. Because the evidentiary hearing on the ineffective assistance of counsel claims will not begin until November, the court will not consider limitations on Ms. Graves' testimony regarding the ineffective assistance of counsel claims at this time.

1

1  On or before August 15, 2008, respondent shall file any opposition to petitioner's
2  August 11, 2008 motions in limine regarding claims 42 and 44 and regarding the deposition
3  testimony of Officer Bryson.
4  DATED: August 13, 2008.

_____
U.S. MAGISTRATE JUDGE