DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
JENNIFER M. COREY, SB #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656
E-mail: Tim_Schardl@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | NO. CIV S-99-0628 LKK-KJM |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | |
| WARDEN, San Quentin State Prison, | **ORDER SHORTENING TIME** |
| Respondent. | |

Petitioner has filed an application to shorten time for hearing his motion to present witness Shelby Fairfield by deposition. Petitioner requests this motion be heard at the start of the evidentiary hearing on August 19, 2008. Petitioner supported his application with the information required by Local Rule 6-144(e). Accordingly, and without opposition from respondent, the application is GRANTED.

IT IS HEREBY ORDERED that the motion shall be heard August 19, 2008, at 10:00 a.m.

DATED: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Shortening Time          -1-          *Frye v. Warden*, CIV S-99-0628 LKK-KJM