DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
JENNIFER COREY, SB #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)   916-498-6666
(facsimile)   916-498-6656
E-mail: Tim_Schardl@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | NO.  CIV S-99-0628 LKK-KJM |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| WARDEN, San Quentin State Prison, | **ORDER SEALING DECLARATION IN SUPPORT OF MOTION TO TAKE DEPOSITION** |
| Respondent. | |

Petitioner has filed a motion to file under seal a declaration of counsel.  Matters set forth in the declaration are considered confidential under federal law.  The Court finds Petitioner's motion is supported by good cause.  It is hereby GRANTED.  The Clerk of the Court is directed to file under seal the declaration of counsel submitted on August 14, 2008.

Dated:  August 19, 2008.

_____
U.S. MAGISTRATE JUDGE