IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

On August 19, 2008, the court heard argument on petitioner's August 11, 2008 motions in limine regarding the testimony of Jo Graves and Shelby Fairfield.[1] Upon review of the motions and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, the court made the following findings and orders and announced them to the parties in open court:

/////

/////

---

[1] Petitioner's August 11 motion also included a request to limit the deposition testimony of Eric Bryson. The court will hear argument on that motion after the conclusion of testimony on claims 42 and 44.

1

1. Petitioner's August 11, 2008 Motions in Limine are granted in part and denied in part as follows:

    a. The testimony of Jo Graves is limited to her perceptions relevant to claim 44.

    b. Federal Rule of Evidence 606(b) applies to the testimony of Shelby Fairfield.

DATED:  August 21, 2008.

_____
U.S. MAGISTRATE JUDGE

frye. mtns in lim.or