IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,      No. CIV S-99-0628 LKK KJM

  vs.      DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.      <u>ORDER</u>

_____/

    The parties have filed a joint statement regarding a briefing schedule for the merits of claims 42 and 44. The proposed schedule is contingent upon the finality of all transcripts and testimony. While it appears that the testimony of Professor Garnett is final, the parties shall inform the court if there are unanticipated delays in receipt of any transcripts.

    Based on the parties' August 25, 2008 joint statement, and good cause appearing, IT IS HEREBY ORDERED as follows:

    1. Petitioner's initial brief on the merits of claims 42 and 44 shall be filed by October 17, 2008;

    2. Respondent's responsive brief shall be filed by October 31, 2008;

    3. Petitioner's reply brief shall be filed by December 19, 2008; and

1

4. After receiving all the briefs, the court will schedule oral argument if necessary.

DATED: September 16, 2008.

_____
U.S. MAGISTRATE JUDGE

frye 42 and 44 evi brf.or