IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | |
| Petitioner, | No. CIV S-99-0628 LKK KJM |
| vs. | DEATH PENALTY CASE |
| ROBERT L. AYERS, Jr., Warden of San Quentin State Prison, | |
| Respondent. | ORDER |

On October 7, 2008 at 11:30 a.m., the undersigned will hold a telephonic conference to discuss the method for taking the testimony of witnesses for the evidentiary hearing scheduled to begin on November 3, 2008.  Counsel shall be prepared to discuss whether most, or all, witnesses' testimony may be taken by deposition in lieu of in-court testimony or whether issues regarding a witness's credibility make testimony in court preferable.

DATED: September 29, 2008.

_____
U.S. MAGISTRATE JUDGE

1