DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
JENNIFER M. COREY, Bar #215737
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)   916-498-6666
(facsimile)   916-498-6656
E-mail: Tim_Schardl@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, ) | NO. CIV S-99-0628 LKK-KJM |
| ) | |
| Petitioner, ) | **DEATH PENALTY CASE** |
| ) | |
| vs. ) | |
| ) | **STIPULATION TO MODIFY BRIEFING** |
| WARDEN, San Quentin State Prison, ) | **SCHEDULE RE: CLAIMS 42 AND 44**; |
| ) | **ORDER** |
| Respondent. ) | |

COME NOW, both parties, by and through their respective counsel, and respectfully request that this Court modify the previously entered briefing schedule regarding Claims 42 and 44. As grounds and reasons therefor, the parties state:

Pursuant to agreement by the parties, this Court on September 18, 2008, scheduled briefing on the merits of Claims 42 and 44. Doc. 348. This schedule was predicated on the parties' belief that the transcripts of the in-court portion of the evidentiary hearing conducted August 19 and 21 would be available to counsel roughly within two weeks of August 21, 2008.

Unfortunately, the court reporter did not understand the on-the-record discussion between the Court and the parties about when the record would be available as a request to prepare the record.

1  Consequently the court reporter did not prepare and file the transcripts until September 30, 2008.

2   Counsel had expected to have the transcripts by approximately September 5.  Had the
3  transcripts been ready when anticipated, that would have given the parties sufficient time to complete their
4  briefs pursuant to the original schedule.

5   The original schedule was made with the dates for the upcoming evidentiary hearing in
6  mind, so that Mr. Frye's brief opening brief and Respondent's answer brief would be filed before the
7  hearing recommences on November 3, and Mr. Frye's reply brief would be filed after the hearing
8  concludes, on December 19.  With the delay of the transcripts, there is insufficient time for Mr. Frye and
9  Respondent to file their briefs, while at the same time preparing for the upcoming hearing, before the
10 hearing begins on November 3.

11  For these reasons, the parties propose the following briefing schedule:  Mr. Frye will file
12 his opening brief on January 5, 2009.  Respondent will file its answer brief on January 30, 2009.  Mr. Frye
13 will file his reply on February 13, 2009.

16 Dated:  October  6, 2008
                                                          Respectfully submitted,

    DANIEL J. BRODERICK                              EDMUND G. BROWN JR.
18  Federal Defender                                 Attorney General of California

19   /s/ Tivon Schardl                                /s/  (as authorized on 10/6/2008)
    TIVON SCHARDL                                   WANDA HILL ROUZAN
20  Assistant Federal Defender                       Deputy Attorney General

21  Attorneys for Petitioner                         Attorney for Respondent
    JERRY GRANT FRYE

Stipulation to Modify Briefing Schedule
re: Claims 42 and 44; Order                    -2-              *Frye v. Warden*, CIV S-99-0628 LKK-KJM

ORDER

Good cause appearing, it is hereby ordered that the schedule for briefing regarding Claims 42 and 44 is hereby modified as follows: Petitioner will file his opening brief on January 5, 2009. Respondent will file its answer brief on January 30, 2009. Petitioner will file his reply on February 13, 2009.

IT IS SO ORDERED.

DATE: October 7, 2008.

_____
U.S. MAGISTRATE JUDGE