DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
JENNIFER M. COREY, SB #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656
E-mail: Tim_Schardl@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, ) | NO.  CIV S-99-0628 LKK-KJM |
| Petitioner, ) | **DEATH PENALTY CASE** |
| vs. ) | |
| WARDEN, San Quentin State Prison, ) | **ORDER EXTENDING TIME FOR RECONSIDERATION FILINGS** |
| Respondent. ) | |

Petitioner requests a one-day extension of time for seeking reconsideration of this Court's orders filed October 16, 2008, and corresponding extensions for the State's response and Petitioner's reply.

IT IS HEREBY ORDERED, good cause showing, that any request for reconsideration of this court's October 16 orders shall be filed on or before October 31, 2008.  Any response shall be filed by November 3, 2008, and any reply to such a response shall be filed by November 10, 2008.

DATED: November 3, 2008.
*nunc pro tunc to*
*October 31, 2008*

_____
U.S. MAGISTRATE JUDGE

Order Extending Time                         -1-                    *Frye v. Warden*, CIV S-99-0628 LKK-KJM