DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
JENNIFER M. COREY, SB #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656
E-mail: Tim_Schardl@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN, San Quentin State Prison, ) <br> ) <br> Respondent. ) | NO. CIV S-99-0628 LKK-KJM <br><br> **DEATH PENALTY CASE** <br><br> **CORRECTED ORDER EXTENDING TIME FOR RECONSIDERATION FILINGS** |

This Order supersedes the order filed November 3, 2008, and corrects the dates for filing Respondent's opposition to Petitioner's request for reconsideration, and Petitioner's reply to that opposition. Petitioner's counsel submitted a proposed order with incorrect dates. Pursuant to the correct, agreed upon dates, IT IS HEREBY ORDERED that any response to Petitioner's request for reconsideration shall be filed by November 10, 2008, and any reply to such a response shall be filed by November 17, 2008.

DATED: November 4, 2008.

_____
U.S. MAGISTRATE JUDGE