IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

As required by the court's November 14, 2008 Order, respondent filed a declaration from Dr. Reese Jones. By December 1, 2008, petitioner shall file any further briefing on his motion to limit the testimony of Dr. Jones. By December 5, 2008, respondent shall file any opposition. The court is aware that Dr. Jones is scheduled to testify in mid-December and will rule on petitioner's motion shortly after receiving the briefing.

DATED: November 20, 2008.

_____
U.S. MAGISTRATE JUDGE

frye jones brfing.or

1