1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JERRY GRANT FRYE,

11            Petitioner,            No. CIV S-99-0628 LKK KJM

12        vs.                        DEATH PENALTY CASE

13    ROBERT L. AYERS, Jr.,
       Warden of San Quentin
14     State Prison,

15            Respondent.            ORDER

16    _____/

17            On November 24, 2008, the Court entered an order directing that Petitioner file by

18    December 1, 2008 any further briefing on his motion to limit the testimony of Dr. Jones.

19    Petitioner requests a two-day extension of that deadline.  Petitioner states that respondent does

20    not oppose the request provided he is given a corresponding extension. The Court finds GOOD

21    CAUSE for granting Petitioner's request.

22            Accordingly, IT IS HEREBY ORDERED that Petitioner's brief is due no later

23    than December 3, 2008, and any further opposition from Respondent shall be filed no later than

24    December 8, 2008.

25    DATED:  December 1, 2008.

26

                                          _____
                                          U.S. MAGISTRATE JUDGE