IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

Due to clerical oversight, the court's November 14, 2008 order was not served on Larry Dixon. It will be served on Mr. Dixon along with the service of this order. Accordingly, the due date for Mr. Dixon's statement regarding any unrecorded conversations or statements made during his April 30 meeting with Maggy Krell and David Hordyk is continued to December 15, 2008. See Nov. 14, 2008 Order at 6.

The Clerk of the Court is directed to serve this order and a copy of the November 14, 2008 order by United States mail upon Larry Dixon, Esq., P.O. Box 995, Jackson, CA 95642.

DATED: December 1, 2008.

U.S. MAGISTRATE JUDGE

1