DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
JENNIFER M. COREY, SB #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656
E-mail:  Tim_Schardl@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| JERRY GRANT FRYE, | ) | NO.  CIV S-99-0628 LKK-KJM |
|  | ) |  |
| Petitioner, | ) | **DEATH PENALTY CASE** |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER EXTENDING TIME FOR FILING** |
| WARDEN, San Quentin State Prison, | ) | **RESPONDENT'S SUPPLEMENTAL BRIEF** |
|  | ) | **IN RESPONSE TO COURT'S NOVEMBER** |
| Respondent. | ) | **14 ORDER** |
|  | ) |  |

On December 1, 2008, the Court entered an order extending the time for the parties to file supplemental briefs related to Petitioner's motion to limit the testimony of Dr. Jones.  Due to an error by Petitioner's counsel, the order gave Respondent one additional court-day to prepare a response brief, whereas Petitioner received an extension of two court-days.  Petitioner requests that Respondent be given the additional day.  The Court finds GOOD CAUSE for granting Petitioner's request.  Accordingly, IT IS HEREBY ORDERED that Respondent's brief is due no later than December 9, 2008.

DATED:  December 4, 2008.

_____
U.S. MAGISTRATE JUDGE