IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

      Petitioner,                    No. CIV S-99-0628 LKK KJM

     vs.                            DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
 Warden of San Quentin
 State Prison,

      Respondent.               <u>ORDER</u>

_____/

      Petitioner requests the court strike David Hordyk's declaration, currently filed under seal, and sanction respondent for violating the April 7, 2008 protective order. Respondent had filed the Hordyk declaration publicly but the day after filing the declaration sought to have it filed under seal. Respondent has claimed sealing was not necessary and "reserved the right" to seek to have the documents unsealed later.

      The November 14, 2008 order was clear that the declarations of David Hordyk, Maggy Krell and Larry Dixon were to be submitted to chambers. It is disingenuous of respondent to claim that publicly filing the declarations was somehow permissible when only submission to chambers was ordered. The court required submission to chambers to determine whether or not the declarations should be filed in the public file or under seal.

1

1   While petitioner objects to the Hordyk declaration even being made part of the
record in this case, it will remain under seal.  Because the Hordyk and other declarations were
ordered to be submitted, and will be considered in ruling on petitioner's motion to exclude Mr.
Dixon's testimony, they must be made part of the record.  The court deems respondent's
assertion that he may seek to unseal the declaration later as having been made to preserve
respondent's position that he is not conceding the declaration should be sealed.

Finally, the court does not find the sanction petitioner seeks, namely exclusion of
Mr. Dixon's testimony, to be appropriate.  However, respondent is advised to heed the court's
orders with more care in the future.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that
petitioner's December 1, 2008 Request to Modify the November 21, 2008 Order and to Strike the
Hordyk Declaration is denied.

DATED:  December 8, 2008.

_____
U.S. MAGISTRATE JUDGE

frye hordyk dec.or

2