IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

_____/

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

The court has received in chambers Mr. Dixon's declaration. See Nov. 14 and Dec. 1, 2008 Orders. As anticipated by the November 14 order, the Clerk of the Court is directed to serve by United States mail copies of Mr. Dixon's declaration on counsel for petitioner and counsel for respondent. After reviewing the declarations submitted pursuant to the November 14 and December 1 orders, the court will determine whether they should be filed in the public file or under seal.

DATED: December 8, 2008.

_____
U.S. MAGISTRATE JUDGE

frye dixon dec.or

1