IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,   No. CIV S-99-0628 LKK KJM

    vs.   DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.   ORDER
_____/

    Pursuant to the parties' stipulation, the hearing on petitioner's November 17, 2008 Motion to Compel is continued from December 17, 2008 to January 7, 2009 at 10:00 a.m. in courtroom #26.

DATED: December 15, 2008.

_____
U.S. MAGISTRATE JUDGE

frye.

1