DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
JENNIFER COREY, SB #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656
E-mail: Tim_Schardl@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN, San Quentin State Prison, ) <br> ) <br> Respondent. ) <br> _____ ) | NO.  CIV S-99-0628 LKK-KJM <br><br> <u>DEATH PENALTY CASE</u> <br><br> **ORDER GRANTING REQUEST TO FILE UNDER SEAL REQUESTS FOR PRODUCTION** |

By order filed January 9, 2009, this Court directed Petitioner to file the requests for production he served in Step 3 of the discovery plan approved in 2004. The requests for production contain information covered by the protective order filed April 19, 2004. Therefore, Petitioner has requested that the discovery documents be filed under seal. GOOD CAUSE appearing, Petitioner's request is GRANTED. The requests for production shall be filed under seal.

IT IS SO ORDERED.

Dated: January 21, 2009.

_____
U.S. MAGISTRATE JUDGE