IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

_____/

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

Respondent's January 21 motion for reconsideration of the court's January 21 order is denied. If respondent seeks reimbursement of expenses incurred due to the cancellation of Dr. Jones' deposition, he may make an appropriate motion requesting as much.

DATED: January 22, 2009.

                U.S. MAGISTRATE JUDGE

frye.