IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

_____/

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

The declarations of David Hordyk, Maggy Krell, and Larry Dixon have been submitted to the court and served on counsel. See Nov. 14 and Dec. 9, 2008 Orders. Within twenty days of the filed date of this order, petitioner may file further briefing in support of his motion to exclude Mr. Dixon's testimony. Within twenty days of service of petitioner's brief, respondent may file a response.

DATED: February 5, 2009.

_____
U.S. MAGISTRATE JUDGE

1