IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.
_____/

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

Review of petitioner's January 16 and January 30, 2009 responses to the court's January 9 order reveals that additional information is necessary to resolve the matters pending before the court. Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner now specifies that his November 17, 2008 motion to compel seeks an order requiring the California Department of Corrections and Rehabilitation ("CDCR") to produce the following: (a) documents responsive to petitioner's July 11, 2008 request for production of 472 probation reports; and (b) "the approximately 70 reports the CDCR seemingly possesses but refuses to turn over." Jan. 16, 2009 Decl. of Tivon Schardl at 8-9. While petitioner has provided the court with a copy of his July 11 document production request, he has not identified for the court the second category of "approximately 70 reports." Specific

1

identification of those reports is necessary if petitioner seeks an order compelling their production. Within five days of the filed date of this order, petitioner shall file under seal a list identifying those reports he claims CDCR has failed to turn over.

2. Within ten days of the date petitioner files this supplemental list, respondent shall file any response to that list and to the January 16 declaration.

DATED: February 5, 2009.

_____
U.S. MAGISTRATE JUDGE

frye narrow disc supp.or