IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | |
| Petitioner, | No. CIV S-99-0628 LKK KJM |
| vs. | DEATH PENALTY CASE |
| ROBERT L. AYERS, Jr., Warden of San Quentin State Prison, | |
| Respondent. | ORDER |

Pursuant to the court's February 6, 2009 order, the California Department of Corrections and Rehabilitation has filed a response to petitioner's January 16 and February 9 filings. Within ten days of the filed date of this order, petitioner may file any reply

DATED: February 23, 2009.

_____
U.S. MAGISTRATE JUDGE

1