1  DANIEL J. BRODERICK, SB #89424
   Federal Defender
2  TIVON SCHARDL, Fla. Bar #73016
   Assistant Federal Defender
3  JENNIFER COREY, SB #215737
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  (telephone)    916-498-6666
   (facsimile)    916-498-6656
6  E-mail: Tim_Schardl@fd.org

7  Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | NO. CIV S-99-0628 LKK-KJM |
| Petitioner, | |
| vs. | **DEATH PENALTY CASE** |
| WARDEN of the California State Prison at San Quentin, | **ORDER** |
| Respondent. | |

Pursuant to the parties' stipulation, the hearing on Respondent's February 20, 2009, Motion for Reimbursement of Expenses for Cancellation of Expert Witness Deposition is continued from March 25, 2009 to April 8, 2009 at 10:00 a.m. in courtroom # 26.

Dated: March 2, 2009.

_____
U.S. MAGISTRATE JUDGE

- 1 -