IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

No. CIV S-99-0628 LKK KJM

vs.

DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

ORDER

_____/

    Respondent seeks to withdraw and file under seal an exhibit submitted with his motion for reimbursement of expenses. Because the confidential information in the exhibit may be redacted and is not relevant to the court's consideration of respondent's motion, and good cause appearing, IT IS HEREBY ORDERED as follows:

    1. Respondent's March 20, 2009 Request to Withdraw Exhibit is granted in part. The Clerk of the Court is directed to remove exhibit 1 to respondent's February 20, 2009 Motion for Reimbursement of Expenses (docket #445) from the public file and file it under seal.

/////

/////

/////

2. Respondent has submitted to the court a redacted version of exhibit 1 to respondent's February 20 motion. The Clerk of the Court is directed to file this redacted version in the public file.

DATED: March 24, 2009.

_____
U.S. MAGISTRATE JUDGE

frye ex redact.am or