IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.
_____/

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER[1]

As required by the court's May 12, 2009 Order, the parties have proposed dates for taking the evidentiary hearing testimony of Dr. Reese Jones. The August 3 and 4, 2009 dates

/////

/////

/////

---

[1] The local rules require the party seeking an extension of time to submit a proposed order. In addition to electronically filing a copy of the order, "the proposing person must also submit by e-mail a separate proposed order in word processing format compatible with Word Perfect to the appropriate Judge or Magistrate Judge's email box listed on the Court's web site." L.R. 5-137(b). Respondent's counsel e-mailed a proposed order using the Microsoft Wordpad program. It was not compatible with Word Perfect. In the future, respondent's counsel shall e-mail proposed orders that comport with the Local Rule.

1

are acceptable to the court.  Accordingly, Dr. Jones' evidentiary hearing testimony shall be heard before the undersigned in courtroom # 26 beginning August 3, 2009 at 10:00 a.m.

DATED: May 22, 2009.

_____
U.S. MAGISTRATE JUDGE

frye.jones testi.or