1  DANIEL J. BRODERICK, SB #89424
   Federal Defender
2  TIVON SCHARDL, Fla. Bar #73016
   Assistant Federal Defender
3  JENNIFER M. COREY, SB #215737
   Assistant Federal Defender
4  JOAN M. FISHER, ID Bar No. 2854
   Assistant Federal Defender
5  801 I Street, 3rd Floor
   Sacramento, California 95814
6  (telephone)   916-498-6666
   (facsimile)   916-498-6656
7  E-mail: Tim_Schardl@fd.org

8  Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN, San Quentin State Prison, ) <br> ) <br> Respondent. ) <br> _____ ) | NO. CIV S-99-0628 LKK-KJM <br><br> **DEATH PENALTY CASE** <br><br> **ORDER EXTENDING TIME FOR FILING PETITIONER'S REPLY TO STATE'S RESPONSE TO PETITIONER'S REQUEST FOR RELIEF RE: ERIC BRYSON** |

On July 9, 2009, the Court entered an order allowing Respondent to file an opposition to Petitioner's motion regarding Eric Bryson by July 22, 2009, and allowing Petitioner to file a reply by August 5, 2009. Doc. 492. On August 5, 2009, Petitioner sought a one-day extension of time in which to file his reply. Doc. 499.

The Court finds GOOD CAUSE for granting Petitioner's request. Accordingly, IT IS HEREBY ORDERED that Petitioner's reply, which was filed August 6, 2009, is deemed timely filed.

DATED: August 25, 2009.

_____
U.S. MAGISTRATE JUDGE