IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,                    No. CIV S-99-0628 LKK KJM

    vs.                              DEATH PENALTY CASE

WARDEN, San Quentin
State Prison,

    Respondent.                  <u>ORDER</u>

_____/

        The district judge has ruled on petitioner's motion for reconsideration regarding the procedures for the evidentiary hearing. On October 27, 2010 at 10:00 a.m., the undersigned will hold a status conference. By October 20, 2010, the parties shall meet and confer and file a joint statement regarding the status of these proceedings.

DATED: October 4, 2010.

                                                      U.S. MAGISTRATE JUDGE

frye sts.or

1