IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY GRANT FRYE,** | **DEATH PENALTY CASE** |
| Petitioner, | 2:99-CV-0628 LKK KJM (DP) (HC) |
| v. | **ORDER** |
| **ROBERT WONG, ACTING WARDEN OF SAN QUENTIN STATE PRISON,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 3 days, to and including October 22, 2010, to file an opposition to Petitioner's request for reconsideration.

Dated: October 18, 2010.

_____
U.S. MAGISTRATE JUDGE