IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-99-0628 LKK KJM

DEATH PENALTY CASE

ORDER

Respondent seeks clarification of the court's November 1, 2010 order. The court did not intend to limit respondent's discovery on claim 37 to that respondent might need to oppose the motion for an evidentiary hearing. The court will permit the parties to conduct discovery on claim 37 if it grants petitioner's motion for an evidentiary hearing on claim 37.

DATED: December 6, 2010.

                          U.S. MAGISTRATE JUDGE

frye clarif.or

1