IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-99-0628 LKK DAD (TEMP)

DEATH PENALTY CASE

ORDER

This case is currently scheduled for an evidentiary hearing to begin February 14, 2011. (Doc. No. 546.) The case has been temporarily assigned to the undersigned. This court's schedule cannot accommodate the evidentiary hearing as currently scheduled. Accordingly, the evidentiary hearing described in the court's November 1, 2010 order is vacated.

The undersigned will hold a status conference on January 24, 2011 at 10:00 a.m. to discuss issues related to scheduling the remaining evidentiary hearing testimony and any other pending matters.

DATED: January 13, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

frye sts dad.or