IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-99-0628 LKK DAD (TEMP)

DEATH PENALTY CASE

ORDER

Pursuant to the parties' January 18, 2011 stipulation, the status conference currently scheduled for January 25, 2011 is continued to February 7, 2011 at 10:00 a.m. before the undersigned.

DATED: January 18, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

frye sts dad.or2