IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,               No. CIV S-99-0628 LKK EFB (TEMP)

    vs.                            DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.            ORDER

_____/

    On March 9, 2011, a status conference was held in Courtroom No. 24. Tivon Schardl and Jennifer Mann appeared for petitioner. Wanda Rouzan and Craig Meyers appeared for respondent. After considering the argument of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

    1. The undersigned will hear the evidentiary hearing testimony of petitioner's witnesses Judd Iversen, Theresa Waller, and Gary Bricker starting on May 10, 2011 at 9:00 a.m. and continuing through May 11, if necessary, in Courtroom No. 24.

    2. By April 26, 2011, petitioner shall file a trial brief setting forth the issues which are the subject of the evidentiary hearing and the factual disputes to be resolved thereby.

    3. By May 3, 2011, respondent shall file a trial brief addressing the same issues and any applicable defenses.

1

4. If petitioner wishes to address issues raised in respondent's trial brief, he will be given an opportunity to do so in argument prior to taking testimony on May 10, 2011.

5. Within twenty days of the filed date of this order, the parties shall submit a joint statement proposing a procedure for closing some or all of the May 10 and 11 proceedings based on Judge Karlton's September 30, 2010 Order.

6. The parties agreed to submit petitioner's November 5, 2010 Motion to Expand the Record and for Evidentiary Hearing on Claim 37 for the court's consideration without oral argument. It is submitted.

DATED: March 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2