IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

    Petitioner,                     No. CIV S-99-0628 LKK EFB (TEMP)

    vs.                                DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.                  <u>ORDER</u>

/

    By April 21, 2011, each party shall file a brief on the impact of *Cullen v. Pinholster*, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings and, in particular, on the evidentiary hearing scheduled to start on May 10 pursuant to the March 21, 2011 order.

DATED: April 12, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE