DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Trial & Habeas Counsel
JENNIFER MANN, SB No. 215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:    916-498-6666
E-mail:    Tim_Schardl@fd.org
         Jennifer_Mann@fd.org

Attorneys for Petitioner
JERRY GRANT FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN, San Quentin State Prison,<br><br>   Respondent. | NO. 2:99-CV-0628-LKK-EFB (TEMP)<br><br>**CAPITAL CASE**<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

Petitioner Frye requests a modification of the briefing schedule pursuant to the orders filed May 3 and June 20, 2011. He cites the press of work on other capital cases, including an interlocutory appeal in this case, and his counsel's planned vacations. The State does not oppose the proposed schedule. Being fully informed of the premises, the Court finds the request is supported by GOOD CAUSE and should be GRANTED. Petitioner's brief is due October 15, 2011, the State's brief is due December 15, 2011, and a reply is due January 12, 2011.

IT IS SO ORDERED.

DATED: July 6, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE