DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Trial & Habeas Attorney
JENNIFER MANN, Bar #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656
E-mail: jennifer_mann@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN, San Quentin State Prison, ) <br> ) <br> Respondent. ) <br> _____ ) | NO.  2:99-cv-00628-LKK-CKD <br><br> **DEATH PENALTY CASE** <br><br> **AMENDED ORDER EXTENDING TIME** |

     This matter is before the Court on Petitioner's request to extend the time for filing his brief in response to the Order dated May 3, 2011 (Doc. 584).  Petitioner seeks an additional 10 days' time due to counsel's family emergency.  Respondent does not oppose the request provided he receives a corresponding accommodation.  The Court finds Petitioner's request is supported by good cause, and should be GRANTED.

////
////
////
////
////
////

Accordingly, IT IS HEREBY ORDERED:

1. Petitioner shall file his brief by October 27, 2011.

2. Respondent shall file his brief by December 25, 2011.

Dated: September 28, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE