IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY GRANT FRYE,** | Case No. 2:99-cv-0628 LKK CKD |
| Petitioner, | **CAPITAL CASE** |
| v. | **ORDER MODIFYING BRIEFING SCHEDULE** |
| **ROBERT WONG, ACTING WARDEN OF SAN QUENTIN STATE PRISON,** | |
| Respondent. | |

This matter is before the Court on Respondent's request to modify the briefing schedule ordered by the Court on October 18, 2011 (Doc. 603). Respondent seeks to modify the briefing schedule so that Respondent's brief would be filed on or before April 18, 2012. Petitioner's reply brief would be due May 9, 2012. Petitioner does not oppose the request.

The Court finds Respondent's request is supported by good cause, and should be GRANTED.

////

////

////

1

Order (2:99-cv-0628 LKK CKD)

1   Accordingly, IT IS HEREBY ORDERED that Respondent's February 16, 2012, Request to
2   Modify Briefing Schedule is granted. Respondent shall file his brief by April 18, 2012.
3   Petitioner shall file his reply brief by May 9, 2012.
4   Dated: February 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE