DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Trial & Habeas Attorney
JENNIFER MANN, Bar #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656
E-mail:  jennifer_mann@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE,<br>　　　　　Petitioner,<br><br>　　vs.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　Respondent. | NO.  2:99-cv-00628-LKK-CKD<br><br>**DEATH PENALTY CASE**<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

This matter is before the Court on Petitioner's request to modify the briefing schedule for the parties' briefs ordered on by the Court on May 3, 2011 (Doc. 584).  Petitioner seeks to modify the briefing schedule so that Petitioner's reply brief would be filed on or before July 26, 2012.  Respondent does not oppose the request.

The Court finds Petitioner's request is supported by good cause, and should be GRANTED.

Accordingly, IT IS HEREBY ORDERED:

Petitioner shall file his brief by July 26, 2012.

Dated: May 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE