IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY GRANT FRYE,** | **DEATH PENALTY CASE** |
| Petitioner, | Case No. 2:99-cv-0628 LKK CKD |
| v. | **ORDER** |
| **ROBERT WONG, ACTING WARDEN OF SAN QUENTIN STATE PRISON,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 35 days, to and including September 5, 2014, to file a response to Petitioner Jerry Frye's Objections to Findings and Recommendations.

Dated: August 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE