IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY GRANT FRYE,** | **DEATH PENALTY CASE** |
| Petitioner, | No. 2:99-cv-0628 LKK CKD |
| v. | **ORDER** |
| **ROBERT WONG, ACTING WARDEN OF SAN QUENTIN STATE PRISON,** | |
| Respondent. | |

Upon considering Respondent's unopposed request, and good cause appearing, Respondent's motion for an extension of time (ECF No. 654) is GRANTED. Respondent shall have an additional 14 days, to and including September 19, 2014, to file a response to Petitioner Jerry Frye's Objections to Findings and Recommendations.

Dated:  September 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE