1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY GRANT FRYE,                         No.  2:99-cv-00628-KJM-CKD

12                    Petitioner,              DEATH PENALTY CASE

13          v.                                 ORDER

14   WARDEN, San Quentin State Prison,

15                    Respondent.

16

17

18          Petitioner Jerry Grant Frye, a state prisoner under sentence of death, seeks habeas

19   corpus relief under 28 U.S.C. § 2254.  In a previous motion, he asked the court to reconsider the

20   assigned magistrate judge's decision to issue amended findings and recommendations (F&Rs).

21   ECF No. 663.  The magistrate judge issued amended F&Rs after petitioner and respondent both

22   objected to the original F&Rs.  The court granted petitioner's previous motion in part and denied

23   it in part.  ECF No. 669.  The motion was denied to the extent petitioner challenged the magistrate

24   judge's authority to *sua sponte* amend or withdraw F&Rs after objections are filed.  Petitioner

25   now seeks reconsideration of that portion of this court's order.  ECF No. 673.  Respondent has

26   not opposed the motion, and otherwise stands by its objections to the magistrate judge's original,

27   unamended F&Rs.  ECF No. 672.

28
                                            1

1    Respondent is directed to provide a statement on its position, if any it has, on the

2    authority of the assigned magistrate judge to issue amended F&Rs.  This statement shall be filed

3    within fourteen days.  The court reserves the right to set a limited hearing on this question after

4    respondent's statement is filed.

5    IT IS SO ORDERED.

6    DATED:  April 19, 2016

7

8    _____

9    UNITED STATES DISTRICT JUDGE

2