# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN OF SAN QUENTIN STATE PRISON,<br><br>　　　　　Respondent. | No. 2:99-CV-00628-KJM-CKD<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

Upon the request of petitioner and pursuant to Local Rule 191(c), petitioner has requested the appointment of new counsel. The Selection Board for the Eastern District of California has made a recommendation for the substitution of counsel in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application for the appointment of counsel is granted.
2. The court hereby appoints attorneys Michael Snedeker and Lisa Short to represent petitioner in this matter.
3. The Clerk of Court shall update the docket to reflect petitioner's new counsel of record to the following:

   Snedeker Smith & Short
   4110 SE Hawthorne Blvd Pmb 422
   Portland, OR 97214-5246

1

| | |
|---|---|
| 1 | Telephone:(503) 234-3584<br>Facsimile: (503) 232-3215 |
| 2 | |
| 3 | Dated: November 21, 2019 |
| | _____<br>CAROLYN K. DELANEY<br>UNITED STATES MAGISTRATE JUDGE |

12/frye0628.appointcounsel.docx