IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRANT FRYE, | 2:99-cv-0628-KJM-CKD |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN, SAN QUENTIN STATE PRISON, | |
| Respondent. | |

    For good cause, briefing on petitioner's motions filed on November 28, 2021 (ECF Nos. 704, 705, 706) is stayed.  Respondent shall submit a proposed briefing schedule for these motions within 10 days of either: (1) this court's issuing an order declining to refer this matter for a mandatory settlement conference; or (2) the conclusion of any settlement proceedings resulting from this court's referring this matter for a mandatory settlement conference, whichever is later.

DATED:   December 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE