UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Grant Frye,<br><br>    Petitioner,<br><br>    vs.<br><br>Warden, San Quentin State Prison,<br><br>    Respondent. | Case No.  2:99-CV-00628-KJM-CKD<br><br>ORDER |

      On November 28, 2021, Petitioner Jerry Grant Frye filed three motions: (1) a motion to set aside the judgment and dismiss the case, ECF No. 704, (2) a motion for leave to file an amended petition, ECF No. 705, and a request to withdraw two previously submitted exhibits, ECF No. 706. The court stayed further briefing and ordered parties to submit a briefing schedule "within 10 days of (1) this court's issuing an order declining to refer this matter for a mandatory settlement conference, or (2) the conclusion of any settlement proceedings resulting from this court's referring this matter to a mandatory settlement conference, whichever is later."  Order (Dec. 22, 2021), ECF No. 711. Ultimately, the court entered judgment on Frye's shackling claim, Order (May 19, 2022), ECF No. 715; Judgment (May 19, 2022), ECF No. 716.  The parties went to mediation during the appeal and did not resolve these matters.  Req. Brief. Sch. at 2, ECF No. 723.  The mandate from the appeal has now issued, ECF No. 722.

      The parties have stipulated to a proposed briefing schedule on Frye's proposed motions. Req. Brief. Sch. at 2.  The court agrees with the schedule.

IT IS HEREBY ORDERED:

1. Respondent's responses to the three motions will be due by December 13, 2024.

2. Petitioner's replies, if any, will be due 90 days after respondent's responses are filed.

**IT IS SO ORDERED**.

DATED: November 6, 2024.

_____
UNITED STATES DISTRICT JUDGE