UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Grant Frye,<br><br>    Petitioner,<br><br> v.<br><br>Warden,<br><br>    Respondent. | No. 2:99-cv-00628-KJM-CKD<br><br>DEATH PENALTY CASE<br><br>ORDER |

  In a previous order, this court granted habeas relief to petitioner Jerry Frye on claim 42 of his petition, while denying relief on several other claims and leaving other claims unresolved. *See generally* Order (Sept. 22, 2025), ECF No. 732. The court vacated the sentence of death, "effective ninety days from the filed date of this order" and ordered the state to "either initiate a new penalty phase trial or resentence Frye in accordance with California law and the United States Constitution." *Id.* at 25.

  After the court issued its order, petitioner moved for leave to brief several claims that remained unresolved and to withdraw six claims "relate[d] to competency proceedings conducted between guilt and penalty phases." ECF No. 734 at 2. Respondent moved to modify the judgment and agreed with petitioner "that a briefing schedule on [the unresolved] claims should be set." ECF No. 736 at 1.

1

1    Petitioner's motion for leave to brief unresolved claims (ECF No. 734) and respondent's motion for leave to modify the judgment (ECF No. 736) are **granted** in the interests of efficiency and avoiding piecemeal litigation.  Petitioner's motion to withdraw claims 19, 20, 21, 22, 23, and 24 is **granted**.  The **judgment is modified** to permit the parties to brief claims 1, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 39, 40 and 45.  The court accordingly **modifies** its previous order (ECF No. 732) to provide that it will become effective within ninety days of any order of this court entering a final judgment of all remaining guilt-phase claims.

The parties are directed to meet and confer and file a proposed briefing schedule on petitioner's remaining guilt-phase claims **within fourteen days**.

IT IS SO ORDERED.

DATED: October 30, 2025.

UNITED STATES DISTRICT JUDGE