Rob Bonta, State Bar No. 202668
Attorney General of California
KENNETH N. SOKOLER, State Bar No. 161024
Supervising Deputy Attorney General
CHRISTOPHER J. RENCH, State Bar No. 242001
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7661
 Fax: (916) 324-2960
 E-mail: Christopher.Rench@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Grant Frye,**<br><br>                              Petitioner,<br><br>         v.<br><br>**Warden, San Quentin State Prison,**<br><br>                              Respondent. | 2:99-cv-0628 KJM CKD<br><br>**JOINT REPORT RE: PROPOSED BRIEFING SCHEDULE; ORDER**<br><br>Judge:    The Honorable Kimberly J. Mueller |

1

On October 31, 2025, this Court directed the parties to meet and confer and submit a proposed schedule for briefing on petitioner's remaining guilt-phase claims, specifically claims 1, 6, 8, 9, 10, 11, 5 12, 13, 14, 15, 16, 17, 18, 39, 40, and 45.  (Dkt. 737.)  The parties have met and conferred and request that the Court order the following briefing schedule:

- Petitioner will file an opening brief on or before February 27, 2026;
- Respondent will file a responding brief on or before June 29, 2026; and
- Petitioner will file an optional reply brief on or before August 28, 2026.

Dated:  November 6, 2025                                        Respectfully submitted,

ROB BONTA
Attorney General of California
KENNETH N. SOKOLER
Supervising Deputy Attorney General


/s/ Christopher J. Rench


CHRISTOPHER J. RENCH
Supervising Deputy Attorney General
*Attorneys for Respondent*


/s/ Lisa Short


LISA SHORT
*Attorney for Petitioner*

SA1999XW0004

* * * * * * *

SO ORDERED.

DATED:  November 12, 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE