UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY GRANT FRYE,

Petitioner,

v.

ROBERT L. AYERS, et al.,

Respondents.

No. 2:99-cv-00628-DAD-CKD

ORDER GRANTING MOTION FOR EXTENSION OF TIME AND DENYING MOTION FOR RULING FORTHWITH

(Doc. Nos. 745, 747)

On June 22, 2026, respondents filed a motion for extension of time to file an answer to petitioner's brief on the merits of certain claims. (Doc. No. 745.) Specifically, respondents requested an extension of time from June 29, 2026 to September 28, 2026, seeking a total of an additional ninety-one (91) days to file its answer to petitioner's brief. (*Id.* at 1.) Respondents' counsel represents that, while preparing the answer, in early May he began experiencing medical issues. (*Id.* at 2.) On June 25, 2026, petitioner filed an opposition to that motion for extension of time, arguing that respondents' request for an extension of time is excessive because respondents' counsel's issues arose only in early May. (Doc. No. 746 at 3.) Petitioner also baselessly argues that respondents assigned counsel to this case for the purpose of delaying it. (*Id.*) On July 29, 2026, petitioner filed a motion for a "ruling forthwith" denying respondents' motion for an extension of time. (Doc. No. 747.) In light of respondents' counsel's representations regarding

his delayed his ability to complete an answer and the modest nature of the extension of time sought, the court finds that good cause exists for granting respondents' request.

For the reasons above,

1. Respondents' motion for extension of time (Doc. No. 745) is GRANTED;
2. Respondents shall file their answer to petitioner's brief (Doc. No. 744) no later than September 28, 2026; and
3. Respondents' motion for a ruling forthwith (Doc. No. 747) is DENIED.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE